Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Nicholas Frank Santos

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS FRANK SANTOS, | Case No.: 5:19-cv-00995-JPR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: November 20, 2019

_____
THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

DATE: November 18, 2019        Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                      /s/ *Denise Bourgeois Haley*
                        BY:_____
                             Denise Bourgeois Haley
                             Attorney for plaintiff Nicholas Frank Santos

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 5:19-CV-00995-JPR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 18, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____